# Court of Appeals
# of the State of Georgia

ATLANTA,  November 22, 2021

*The Court of Appeals hereby passes the following order:*

## A22A0431.  BOTTOMS v. LOVEJOY et al.

Appellant has filed a motion to supplement the record with three exhibits admitted in evidence during the November 4, 2020 hearing of this case in the Superior Court of Lamar County.  The three exhibits are: (i) "Petitioner's Exhibit 1," admitted as shown on page 19 of the transcript of said hearing; (ii) "Respondent's Exhibit 1," admitted as shown on page 60 of the transcript; and (iii) "Respondent's Exhibit 2," admitted as shown on page 65 of the transcript.

Appellant's motion to supplement indicates, however, that the location of the three exhibits is unknown.  In that regard, Appellant represents in his motion:

> Appellant's counsel has contacted the Lamar County Superior Court clerk and chambers of the Lamar County Superior Court Judge who heard this matter to inquire as to the location of the exhibits, but has not yet located same. . . .  Pursuant to Georgia Court of Appeals Rule 41 (c), Appellant will continue to assist the trial court clerk in locating the exhibits for transmittal to this Court should this motion be granted.

And more recently, in a second motion for extension of time to file Appellant's brief, Appellant has updated this Court that:

> Counsel for Appellant has been in contact with counsel for Appellees and believes he has located true and accurate copies of the missing

1

exhibits. . . .   Therefore, Appellant is prepared to file the missing Exhibits with the trial court for transmittal to this Court should this Court grant the [motion to supplement the record].

Given the foregoing, Appellant's motion to supplement the record appears to present issues regarding which documents should be filed in the trial court as true and accurate copies of the three identified exhibits.  This Court is without means to resolve such issues.  Under the circumstances here, this case is REMANDED to the trial court to allow for supplementation of the record in accordance with OCGA § 5-6-41 (f).[1]

Upon resolution of such supplementation issues, the clerk of the trial court shall transmit any balance of the record to this Court so that this case can be re-docketed.

The Appellant's motion to supplement the record is thus DISMISSED AS MOOT.

---

[1] OCGA § 5-6-41 (f) ("Where any party contends that the transcript or record does not truly or fully disclose what transpired in the trial court and the parties are unable to agree thereon, the trial court shall set the matter down for a hearing with notice to both parties and resolve the difference so as to make the record conform to the truth. If anything material to either party is omitted from the record on appeal or is misstated therein, *the parties by stipulation, or the trial court, either before or after the record is transmitted to the appellate court, on a proper suggestion or of its own initiative, may direct that the omission or misstatement shall be corrected and, if necessary, that a supplemental record shall be certified and transmitted by the clerk of the trial court*. The trial court or the appellate court may at any time order the clerk of the trial court to send up any original papers or exhibits in the case, to be returned after final disposition of the appeal.") (emphasis supplied).

The Appellant's second motion for extension of time to file brief is thus DISMISSED AS MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* *11/22/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*